IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 FEB 13 PM 4:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| ROBERT HASSFELD, JR., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-12-CV-901-LY |
| § | |
| THE BERKLEY GROUP, INC. AND § | |
| CARIBBEAN CRUISE LINE, INC., § | |
| DEFENDANTS. § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On February 12, 2013, Plaintiff filed a Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) (Doc. #14), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the cause hereby **CLOSED**.

SIGNED this __13th__ day of February, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE